RECEIVED
IN LAKE CHARLES, LA.

MAR - 6 2013

TONY R. MOORE, CLERK
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JASON COLBY COX** <br> **#14053-035** | **CIVIL ACTION NO. 2:11-cv-1639** <br> **SECTION P** |
| **VS.** | **JUDGE PATRICIA MINALDI** |
| **CODY WILLIAMS, ET AL** | **MAGISTRATE JUDGE KATHLEEN KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 18] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the plaintiff's civil rights complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.3.

Lake Charles, Louisiana, on this 4 day of March, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE